# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Fort Wayne)
## CRIMINAL DOCKET FOR CASE #: 1:15−mj−00048−SLC−1

Case title: United States of America v. Fluckiger  
Other court case number: 3:15−MJ−94 Western District of North Carolina

Date Filed: 03/06/2015

Assigned to: Magistrate Judge Susan L Collins

**Defendant (1)**

**Michael Fluckiger**      represented by   **Thomas N O'Malley – FCD**
Federal Community Defenders Inc – FW/IN
1101 E Ross Adair Federal Building
1300 S Harrison Street
Fort Wayne, IN 46802
260−422−9940
Fax: 260−422−9954
Email: thomas_o'malley@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                  **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                               **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                      **Disposition**

USC 2251

**Plaintiff**

| United States of America | represented by | **Tina L Nommay – AUSA**<br>US Attorney's Office – FW/IN<br>1300 S Harrison Street Room 3128<br>Fort Wayne, IN 46802<br>260–422–2595<br>Fax: 260–426–1616<br>Email: tina.nommay@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney* |
|---|---|---|

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/04/2015 | | | Arrest (Rule 5) of Michael Fluckiger (mr) (Entered: 03/06/2015) |
| 03/06/2015 | 1 | | RULE 5c3 Documents Received (Complaint and Arrest Warrant) from Western District of North Carolina as to Michael Fluckiger. (cer) (Entered: 03/06/2015) |
| 03/06/2015 | 2 | 3 | NOTICE *OF PENALTIES* by United States of America as to Michael Fluckiger (Nommay – AUSA, Tina) (Entered: 03/06/2015) |
| 03/06/2015 | 3 | | NOTICE OF HEARING as to Michael Fluckiger. Initial Appearance – Rule 5c3 set for 3/6/2015 10:30 AM in US District Court – Fort Wayne before Magistrate Judge Susan L Collins. (mr) (Entered: 03/06/2015) |
| 03/06/2015 | 4 | 5 | ORDER granting Defendant Michael Fluckiger's request for appointment of counsel; cause assigned to FCD Hammond for referral of counsel. Initial Appearance – Rule 5c3 set for 3/6/2015 at 10:30 AM in US District Court – Fort Wayne before Magistrate Judge Susan L Collins. Signed by Magistrate Judge Susan L Collins on 3/6/15. (cer) (Entered: 03/06/2015) |
| 03/06/2015 | 5 | 6 | ATTORNEY APPEARANCE: Thomas N O'Malley – FCD appearing for Michael Fluckiger (O'Malley – FCD, Thomas) (Entered: 03/06/2015) |
| 03/06/2015 | 6 | | INITIAL APPEARANCE – RULE 5(c)(3) as to Michael Fluckiger held on 3/6/2015 before Magistrate Judge Susan L Collins. Govt appeared by atty Tina Nommay and atty Nathaniel Henson. Dft appeared with Court appointed counsel, atty Thomas O'Malley. Matthew Koon appeared on behalf of U S Probation/Pretrial Services. Dft waives and gives up his right to an identity hearing and concedes he is the same person named in the charges. Dft executes Waiver of Rule 5 Hearing in open Court. Dft requests probable cause and detention hearing be held in the charging district. Court orders dft detained and remanded to custody of USM for transport to charging district, the Western District of North Carolina, Statesville division. (FTR 1st floor.) (mr) (Entered: 03/06/2015) |
| 03/06/2015 | 7 | 8 | WAIVER of Rule 5 Hearings by Michael Fluckiger (mr) (Entered: 03/06/2015) |
| 03/06/2015 | 8 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Michael Fluckiger. Defendant committed to District of Western District of North Carolina. Signed by Magistrate Judge Susan L Collins on 3/6/2015. (mr) (Entered: 03/06/2015) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:15-MJ-48 |
| | ) | |
| MICHAEL FLUCKIGER | ) | |

## NOTICE OF PENALTIES

Comes now, the United States of America by its attorney, Tina L. Nommay, Assistant United States Attorney, and files its Notice of Penalties in this case, and states:

The defendant has been charged by way of a Criminal Complaint out of the United States District Court, for the Western District of North Carolina, with a violation of 18 U.S.C. §2251(d)(1) and (e) for conspiracy to advertise child pornography.

If convicted, the defendant faces a term of imprisonment of not less than 15 years and not more than 30 years, a fine of not more than $250,000.00, or both such fine and imprisonment, a supervised release term up to life, forfeiture, restitution to any victim(s) of the offense, and a $100.00 special assessment. However, if defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, or chapter 117, or under section 920 of title 10, or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, he faces

1

imprisonment of not less than 25 years and not more than 50 years, a fine of not more than $250,000.00, or both such fine and imprisonment, a supervised release term up to life, forfeiture, restitution to any victim(s) of the offense, and a $100.00 special assessment.

                Respectfully submitted,

                DAVID CAPP
                UNITED STATES ATTORNEY

                /s/ Tina L. Nommay
By:   Tina L. Nommay
      Assistant United States Attorney
      E. Ross Adair Federal Building & U.S. Courthouse
      1300 South Harrison Street, Room 3128
      Fort Wayne, IN 46802-3489
      Telephone: (260) 422-2595
      Facsimile:   (260) 426-1616
      E-mail Address: tina.nommay@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:15-mj-48-SLC |
| | ) | |
| MICHAEL FLUCKIGER | ) | |

**ORDER**

The Defendant's request for appointment of counsel is GRANTED. This cause is assigned to the Northern District of Indiana Federal Community Defenders, Inc., 31 E. Sibley St., Hammond, Indiana 46320 (219-937-8020), for referral of counsel to represent the defendant. However, if the Federal Community Defenders, Inc. accepts the case, this order constitutes their appointment upon their filing an appearance with the Court.

This case is set for an Initial Appearance - Rule 5c3 on March 6, 2015 at 10:30 a.m.

Dated:  March 6, 2015

S/ Susan Collins
Magistrate Judge
Northern District of Indiana
Fort Wayne Division

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

### APPEARANCE

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**v.**                                   **CASE NUMBER: 1:15-MJ-48**

**MICHAEL FLUCKIGER**

    **Defendant.**

To the Clerk of this Court and all parties of record:

    I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for Michael Fluckiger.

<u>March 6, 2015</u>
*Date*

                                      Northern District of Indiana Federal
                                      Community Defenders, Inc.

                          By:    <u>S/Thomas N. O'Malley</u>
                                      *Signature*

                                      <u>Thomas N. O'Malley</u>
                                      *Printed Name*

                                      <u>16827-02</u>
                                      *Indiana Attorney Registration Number*
                                      1300 S. Harrison St., Suite 1101
                                      Fort Wayne, Indiana 46802
                                      Phone: (260) 422-9940
                                      Fax: (260) 422-9954

## CERTIFICATE OF SERVICE

      I hereby certify that, on March 6, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/CM/ECF system which sent notification of such filing to the following:

Tina Nommay, Esq.
Assistant United States Attorney
tina.nommay@usdoj.gov

                                            s/ Thomas N. O'Malley
                                            Thomas N. O'Malley, Staff Attorney
                                            Northern District of Indiana
                                            Federal Community Defenders, Inc.

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

FILED IN OPEN COURT
March 6, 2015
Robert N. Trgovich, Clerk
U. S. District Court
Northern District of Indiana

United States of America )
v. ) Case No. 1:15-mj-48
)
MICHAEL FLUCKIGER ) Charging District's Case No. 3:15-mj-94
*Defendant* )

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* United States District Court for the Western District of North Carolina.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[✓] an identity hearing and production of the warrant.

[ ] a preliminary hearing.

[ ] a detention hearing.

[✓] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 3/6/2015

*Michael F Fluckiger*
Defendant's signature

*Thomas N. O'Malley*
Signature of defendant's attorney

THOMAS N. O'MALLEY
Printed name of defendant's attorney

16827-02

8

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

FILED
IN OPEN COURT
March 6  20 15
Robert N. Trgovich, Clerk
U. S. District Court
Northern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:15-mj-48 |
| | ) | |
| MICHAEL FLUCKIGER | ) | Charging District's |
| *Defendant* | ) | Case No. 3:15-mj-94 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __Western__ District of __North Carolina__,

*(if applicable)* __Statesville__ division. The defendant may need an interpreter for this language:

_____.

The defendant: ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 3/6/2015

s/ SUSAN COLLINS
*Judge's signature*

Susan Collins
*Printed name and title*